1052

[No. 40025-8-I.    Division One.    March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN
MICHAEL LAMPTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-1-02627-9, Marilyn R. Sellers, J., entered
December 23, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 15858-6-III.    Division Three.    March 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBER L.
PELTIER, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-8-01529-8, Richard J. Schroeder,
J., entered May 24, 1996. *Affirmed* by unpublished opinion
per Brown, J., concurred in by Schultheis, C.J., and
Sweeney, J.

[No. 16241-9-III.    Division Three.    March 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON J.
HERING, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 96-1-00141-1, Yancey Reser, J., entered
November 14, 1996. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 16321-1-III.    Division Three.    March 10, 1998.]

TOWN TOYOTA, INC., *Petitioner*, v. STEPHEN J. STANSFIELD,
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Grant
County, No. 96-2-00333-2, Kenneth L. Jorgensen, J.,
entered December 3, 1996. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Schultheis, C.J., and
Sweeney, J.